IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| GREGORY S. MILLIGAN, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:21-MC-868-RP |
| GREENBERG TRAURIG, LLP, | § § § | |
| Defendant. | § § | |

## **ORDER**

Before the Court are the proposed findings of fact and conclusions of law of United States Bankruptcy Judge Tony Davis concerning Plaintiff Gregory S. Milligan's ("Milligan") Motion to Withdraw the Reference, (Dkt. 1). (Proposed Findings, Dkt. 2-1). In his proposed findings of fact and conclusions of law, Judge Davis recommends that the Court deny the motion. (*Id.*). As of the date of this order, no objections have been filed.

A party may serve and file specific, written objections to a bankruptcy judge's proposed findings of fact and conclusions of law within fourteen days after being served with a copy of the proposed findings fact and conclusions of law and, in doing so, secure *de novo* review by the district court. Fed. R. Bankr. P. 9033(d). Because no party objected to the proposed findings of fact and conclusions of law, the Court reviews the proposed findings of fact and conclusions of law for clear error. Having done so, the Court finds no clear error and adopts the proposed findings of fact and conclusions of law as its own order.

1

2

Accordingly, the Court **ORDERS** that the report and recommendation of United States Magistrate Judge Tony Davis, (Dkt. 2-1), is **ADOPTED**. Milligan's request to withdraw the reference is **DENIED.**

As nothing remains to be resolved, **IT IS ORDERED** that this case is **CLOSED**.

**SIGNED** on August 24, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE